FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>RAUL MARTINEZ-ZEPEDA,<br><br>               Defendant. | No. 2:21-CR-00096-SAB-1<br><br>**ORDER DISMISSING INDICTMENT** |

      Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 5. The motion was heard without oral argument. The United States is represented by Michael Ellis.

      An Indictment was filed on July 20, 2021, ECF No. 1, charging Defendant with Alien in the United States After Deportation in violation of 18 U.S.C. § 1326. The United States now asks the Court to dismiss the Indictment without prejudice.

//
//
//
//
//
//
//
//

**ORDER DISMISSING INDICTMENT** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Indictment, ECF No. 5, is **GRANTED**.

2. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Indictment filed on July 20, 2021, ECF No. 1, is **DISMISSED** without prejudice.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, quash the active arrest warrant, and **close** the file.

**DATED** this 22nd day of September 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT ~ 2**